**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Hansard*, Slip Opinion No. 2022-Ohio-1267.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-1267

THE STATE OF OHIO, APPELLEE, *v.* HANSARD, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Hansard*, Slip Opinion No. 2022-Ohio-1267.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2021-0019—Submitted February 8, 2022—Decided April 19, 2022.)

APPEAL from the Court of Appeals for Gallia County,

No. 19CA11, 2020-Ohio-5528.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

BRUNNER, J., dissents.

_____

Jason Holdren, Gallia County Prosecuting Attorney, Jeremy Fisher, Assistant Prosecuting Attorney, and Philip D. Bogdanoff, Special Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Craig M. Jaquith, Assistant Public Defender, for appellant, David S. Hansard.

Shane A. Tieman, Scioto County Prosecuting Attorney, urging dismissal of the appeal as having been improvidently accepted or, in the alternative, affirmance for amicus curiae Scioto County Prosecuting Attorney.

Steven L. Taylor, Legal Research & Staff Counsel, urging dismissal of the appeal as having been improvidently accepted or, in the alternative, affirmance for amicus curiae Ohio Prosecuting Attorneys Association.

Flannery & Georgalis, L.L.C., and W. Benjamin Reese; and Bensing Law and Russell S. Bensing, urging reversal for amicus curiae Ohio Association of Criminal Defense Lawyers.

Olwyn Conway, Associate Clinical Professor of Law, Ohio State University Moritz College of Law, and Deborah Jones Merritt, Professor of Law, Ohio State University Moritz College of Law, amici curiae, urging reversal.

Squire, Patton & Boggs, L.L.P., and Lauren S. Kuley; and NAACP Legal Defense & Educational Fund, Inc., and Samuel Spital, urging vacation of sentence and remand for a new suppression hearing for amicus curiae NAACP Legal Defense & Educational Fund, Inc.

_____